1 | **MORGAN & MORGAN, P.A.**
Andrew Parker Felix, Esq. (SBN 276002)
2 | 11111 Santa Monica Blvd., #430
Los Angeles, CA 90025
3 | Telephone: (323) 825-3424
Facsimile: (407) 245-3334
4 | andrew@forthepeople.com

5 | Andrew Ross Frisch, Esq.
*Pro hac vice*
6 | Florida Bar No. 27777
MORGAN & MORGAN, P.A.
7 | 8151 Peters Road, Suite 400
Plantation, FL 33324
8 | Telephone: (954) WORKERS
Facsimile: (954) 327-3013
9 | afrisch@forthepeople.com

10 | C. Ryan Morgan
*Pro hac vice*
11 | Florida Bar No. 15527
MORGAN & MORGAN, P.A.
12 | 20 N. Orange Avenue, Suite 1400
Orlando, FL 32801
13 | Telephone: (407) 418-2069
Facsimile: (407) 245-3401
14 | rmorgan@forthepeople.com

15 | *Attorneys for Villapando and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT VILLAPANDO, on behalf of himself and all others similarly situated, | CASE NO.: 2:19-CV-05149 JAK (AFMx) |
| Plaintiff, | |
| vs. | |
| BUSA SERVICING, INC., and SLATE PROFESSIONAL RESOURCES, INC., | **NOTICE OF SETTLEMENT** |
| Defendants. | |

1

Plaintiff, ROBERT VILLAPANDO, on behalf of himself and all others similarly situated, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the Parties are finalizing the non-monetary terms of their resolution and anticipate filing the appropriate dismissal and/or approval documents with this Court within the next thirty (30) days.

Dated: June 8, 2020

Respectfully Submitted,

MORGAN & MORGAN, P.A.

By: */s/ Andrew R. Frisch*
Andrew Ross Frisch, Esq.
*Pro hac vice*
Florida Bar No. 27777
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
afrisch@forthepeople.com

Andrew Parker Felix, Esq. (SBN 276002)
11111 Santa Monica Blvd., #430
Los Angeles, CA 90025
Telephone: (323) 825-3424
Facsimile: (407) 245-3334
andrew@forthepeople.com

C. Ryan Morgan
*Pro hac vice*
Florida Bar No. 15527
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, Suite 1400
Orlando, FL 32801
Telephone: (407) 418-2069
Facsimile: (407) 245-3401
rmorgan@forthepeople.com

*Attorneys for Villapando and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 8th day of June 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing all counsel of record.

*/s/ Andrew R. Frisch*
Andrew R. Frisch